FILED
CLERK, U.S. DISTRICT COURT
10/25/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>         v.<br><br>MICHEAL LEE VILLAMONTE,<br><br>         Defendant. | No.  2:21-cr-00497-ODW<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 922(g)(9): Prohibited Person in Possession of a Firearm] |

    The Acting United States Attorney charges:

                    [18 U.S.C. § 922(g)(9)]

    On or about March 30, 2018, in Los Angeles County, within the Central District of California, defendant MICHEAL LEE VILLAMONTE knowingly possessed a firearm, namely, an Aero Precision model X15 5.56 mm caliber semiautomatic pistol, bearing serial number X095733, in and affecting interstate and foreign commerce.

    Defendant VILLAMONTE possessed such firearm knowing that he had previously been convicted of a misdemeanor crime of domestic violence, namely, Battery of a Person Who is the Parent of the Defendant's Child, in violation of California Penal Code Section

///

1  243(e)(1), in the Superior Court of the State of California, County
2  of Los Angeles, Case Number 0DY03713, on or about February 10, 2011.
3
4                                       TRACY L. WILKISON
                                        Acting United States Attorney
5
6                                       *[signature]*
7                                       SCOTT M. GARRINGER
                                        Assistant United States Attorney
8                                       Chief, Criminal Division
9                                       SHAWN J. NELSON
                                        Assistant United States Attorney
10                                      Chief, International Narcotics,
                                        Money Laundering, and Racketeering
11                                      Section
12                                      A. CARLEY PALMER
                                        Assistant United States Attorney
13                                      Deputy Chief, General Crimes
                                        Section
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I, **Simonia White**, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**INFORMATION; SUMMONS TO APPEAR; PLEA AGREEMENT FOR DEFENDANT MICHAEL LEE VILLAMONTE**

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☐ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☐ By facsimile, as follows:

☒ Via email, as follows:

amyejacks@sbcglobal.net

☐ By Federal Express, as follows:

This Certificate is executed on **October 25, 2021**, at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

*Simonia White*
Simonia White
Legal Assistant